**DISMISS and Opinion Filed May 5, 2021**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-85-00554-CV

**BIORNO, INC., D/B/A PEOPLES RESTAURANTS AND LOUNGE,**
**Appellant**
**V.**
**PRINT SYSTEMS, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. cc-84-9790-e**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

We reinstate this appeal. This case was abated in 1985 due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system; however, nothing on that

system indicated that a bankruptcy case was still pending.

We then notified the parties by letter, requesting they inform the Court of the

status of the bankruptcy and of this appeal. We cautioned that the failure to respond

would result in the appeal being dismissed for want of prosecution. *See id.*

42.3(b),(c). The letter to appellant's attorney was returned because the address was

no longer current. Appellant's counsel has not withdrawn from representation and has failed to provide the Court with an up-to-date address. *See* TEX. R. APP. P. 6.5; 5th Tex. App. (Dallas) Loc. R. 2.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c); *Brewer v. Admiral Ins. Co.*, 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

850554F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

BIORNO, INC., D/B/A PEOPLES
RESTAURANTS AND LOUNGE,
Appellant

No. 05-85-00554-CV          V.

PRINT SYSTEMS, INC., Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. cc-84-9790-e.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

        In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.


Judgment entered May 5, 2021